SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Paul D. Leake
Abigail E. Davis
Jason N. Kestecher
Jacob G. Lefkowitz
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000

O'MELVENY & MYERS LLP
Brett J. Williamson
Daniel B. O'Boyle
O'Melveny & Myers LLP
7 Times Square
New York, New York 10036
Telephone: (949) 823-7947
Fax: (212) 326-2023

*Proposed Counsel for Debtor Endo Ventures Limited*

*Proposed Ordinary Course Counsel for Endo Ventures Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | **Chapter 11** |
| **ENDO INTERNATIONAL plc,** *et al.*, | **Case No. 22-22549 (JLG)** |
| **Debtors.**[1] | **Jointly Administered** |
| **ENDO VENTURES LIMITED, an Irish company,** | |
| **Plaintiff,** | **Adv. Proc. No. [    ] (ALG)** |
| **against** | |
| **NEVAKAR, INC., a Delaware corporation, and NEVAKAR INJECTABLES INC., a Delaware corporation,** | |
| **Defendants** | |

---

[1]    The last four digits of Debtor Endo International plc's tax identification number are 3755. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo. The location of the Debtors' service address for purposes of these chapter 11 cases is: 1400 Atwater Drive, Malvern, PA 19355.

**ADVERSARY COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF, BREACH OF CONTRACT, BREACH
OF THE COVENANT OF GOOD FAITH AND FAIR DEALING, AND
<u>TORTIOUS INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE</u>**

Plaintiff Endo Ventures Limited ("<u>EVL</u>" or "<u>Plaintiff</u>"), by and through its

attorneys of record, states as follows:

<u>**NATURE OF THE ACTION**</u>

1.     EVL brings this action to enforce a Development, License, and

Commercialization Agreement (the "<u>2018 Agreement</u>") and an Asset Purchase Agreement (the

"<u>2022 Agreement</u>") between EVL, on the one hand, and Nevakar, Inc. ("<u>Nevakar</u>") and Nevakar's

subsidiary, Nevakar Injectables, Inc. ("<u>Nevakar Injectables</u>") (collectively "<u>Defendants</u>"), on the

other hand, and for damages suffered as a result of Defendants' breaches of those agreements and

the implied covenant of good faith and fair dealing implied therein.

2.     EVL also seeks a declaratory judgment that its actions did not constitute

any incurable material breach that might justify Defendants' attempt to unilaterally terminate the

2018 Agreement—on the eve of the Debtors' commencement of these chapter 11 proceedings—

which Defendants are attempting to do despite EVL having paid over ███████████ Defendants

in expectation of their good faith and full performance under the 2018 Agreement, which

Defendants have failed to deliver.  Further, Nevakar's gamesmanship and transparent attempt to

interfere with an asset of the Debtors' estates, days after the announcement that a chapter 11 filing

was imminent and without ever having raised a single complaint about the purported issues it now

claims justify its abrupt termination, necessitate expedited injunctive relief to protect the Debtors

and safeguard their proposed sale process.

2

## THE PARTIES

3.      EVL is a corporation organized and existing under the laws of Republic of Ireland, and has its principal place of business at First Floor, Minerva House, Simmonscourt Road, Ballsbridge, Dublin 4, Ireland.

4.      On August 16, 2022 (the "Petition Date"), Endo International plc ("Endo International") and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors"), including Plaintiff, filed voluntary petitions in the United States Bankruptcy Court for the Southern District of New York for protection under chapter 11 of the United States Bankruptcy Code (the "Chapter 11 Proceedings").

5.      On information and belief, Defendant Nevakar is a Delaware corporation with a usual and principal place of business at 1019 US Highway 202-206, Building K, NJ Center of Excellence, Bridgewater, New Jersey 08807.

6.      On information and belief, Defendant Nevakar Injectables is a Delaware corporation with a usual and principal place of business at 1019 US Highway 202-206, Building K, NJ Center of Excellence, Bridgewater, New Jersey 08807.  On information and belief, Nevakar Injectables is a wholly-owned subsidiary of Nevakar.

## JURISDICTION AND VENUE

7.      This Court has jurisdiction over this adversary proceeding under 28 U.S.C. §§ 157, 1334 and 2201.

8.      This adversary proceeding relates to *In re Endo International plc, et. al,* Case No. 22-22549 pending in this Court.

9.      This adversary proceeding is a core proceeding pursuant to 28 U.S.C. § 157 and Rule 7001 of the Federal Rules of Bankruptcy Procedure.

10.     Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3

11.     Pursuant to Rule 7008 of the Federal Rules of Bankruptcy Procedure, EVL consents to entry of final orders or judgment by this Court.

12.     This Court has personal jurisdiction over Defendants Nevakar and Nevakar Injectables.  Defendants Nevakar and Nevakar Injectables are Delaware companies with their principal places of business in New Jersey.  Defendants Nevakar and Nevakar Injectables have entered into multiple contracts and have an ongoing business relationship with EVL, which gave rise to the claims asserted in this adversary proceeding.

## FACTUAL BACKGROUND

I.     **The 2018 Agreement Between EVL and Defendants**

████████████████████████████████████████████████

████████████████ (the "2018 Agreement") with Nevakar ████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

A true and correct copy of the 2018 Agreement is attached hereto as **Exhibit A**.

14.     Under the 2018 Agreement, ████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

4

MATERIAL ON THIS PAGE REDACTED PURSUANT TO ECF 97, CASE NO. 22-22549

15.    Under the 2018 Agreement, ████████████████████

████████████████████████████████████████████

████████████

16.    Under  the  2018  Agreement, ████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████

████ Under the 2018 Agreement, ████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████



████████

5

MATERIAL ON THIS PAGE REDACTED PURSUANT TO ECF 97, CASE NO. 22-22549

EVL and Nevakar also agreed

The  2018  Agreement



6

21.    The 2018 Agreement ███████████████████████

████████████████████████████████████████████████

██████████████████████████████████    True and correct

copies of each of the ██████████████████ to the 2018 Agreement are

attached hereto as **Exhibit B** through **Exhibit E**.

22.    ████████████████████████████

████████████████████████████████████████████████

Although Nevakar ██████████████████████████████

████████████████████████████    Nevakar Injectables,

and EVL is informed and believes that Nevakar Injectables has voluntarily agreed to the same

obligations under the 2018 Agreement as those owed by Nevakar.

## II.    The 2022 Agreement Between EVL and Defendants

23.    ████████████████████████████

████████████████████████████████████████████████

██████████████████████    (the "2022 Agreement").   A true and correct copy

of the 2022 Agreement is attached hereto as **Exhibit F**.

███████████████████████████████

████████████████████████████████████████████████

████████████████████████

7

MATERIAL ON THIS PAGE REDACTED PURSUANT TO ECF 97, CASE NO. 22-22549

The 2022 Agreement

The 2022 Agreement also required



8

MATERIAL ON THIS PAGE REDACTED PURSUANT TO ECF 97, CASE NO. 22-22549



**III.    The Parties' Performance Under The 2018 Agreement**

Upon execution of the 2018 Agreement,

After execution of the 2018 Agreement,

29.    Under the 2018 Agreement,

30.    Through no fault of EVL, EVL's attempts to launch commercial products under the 2018 Agreement, however, were met with significant roadblocks.  For example, on August 17, 2021, Nexus Pharmaceuticals, Inc. ("Nexus") filed a lawsuit against EVL and Nevakar alleging that a commercial launch of the Ephedrine Vial Product (one of the products covered by the 2018 Agreement) would infringe Nexus's U.S. Patent No. 11,090,278.  The parties ultimately settled that litigation.

9

MATERIAL ON THIS PAGE REDACTED PURSUANT TO ECF 97, CASE NO. 22-22549

██████████████████████████████████████████████████████

█████████████████████████████████████████████

████████ On or about April 22, 2022, Nevakar received FDA approval of the

Ephedrine PFS Product (███████████████████████████████), and publicly announced

such approval on April 28, 2022. ████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████ A true and correct copy of ██████████████

██████████████████ is attached hereto as **Exhibit G**.

    32.   ██████████████████████████████████████████

██████████████████████████████████ On August 10, 2022, an Issue

Notification was entered by the United States Patent and Trademark Office as to ████████████

████████████████████████████████████████, which states that the

application will issue as U.S. Patent No. 11,426,369 on August 30, 2022.  A true and correct copy

of the Notice of Issuance is attached hereto as **Exhibit H**.

    33.   ██████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

10

MATERIAL ON THIS PAGE REDACTED PURSUANT TO ECF 97, CASE NO. 22-22549

████████████████████████████████████████████ A true and correct

copy of ██████████████████████ is attached hereto as **Exhibit I.**

34.     Methcathinone (ephedrone) is a Schedule I controlled substance under the

Drug Enforcement Agency's ("DEA") drug schedule published under the Controlled Substance

Act.

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████

36.     ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████ A true and correct copy of ████████

██████████████████████ is attached hereto as **Exhibit J.**

37.     ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

11

MATERIAL ON THIS PAGE REDACTED PURSUANT TO ECF 97, CASE NO. 22-22549

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████

███ Although Nevakar received FDA approval for the Ephedrine PFS Product

on or about April 22, 2022, ████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████

██████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████

40.   █████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████ A true and correct copy of ████████████

████████████████████ is attached hereto as **Exhibit K**.

███ The pre-filled-syringe components ██████████████████████████ have

had a long manufacture and supply lead time due to the high demand related to Covid-19 pandemic,

12

meaning ██████████████████████████████████████████████████

████████████

42. ████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████.

43. ████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████.

███████ Nevakar has further failed to satisfy its obligation to use commercially reasonable efforts to develop, or cause the development of, the products covered by the 2018 Agreement, including ████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████

**IV.     The Parties' Performance Under The 2022 Agreement**

███████ Following execution of the 2022 Agreement, ████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

13

MATERIAL ON THIS PAGE REDACTED PURSUANT TO ECF 97, CASE NO. 22-22549



## V.    Endo International Announces That It Will File for Chapter 11 Protection Imminently

46.    On August 9, 2022, EVL's parent company, Endo International released its second-quarter 2022 financial performance results.  A true and correct copy of the press release from Endo International is attached hereto as **Exhibit M**.

47.    In the press release, Endo International stated that it "expects that these negotiations [with its creditors] will likely result in a pre-arranged filing under Chapter 11 of the U.S. Bankruptcy Code by Endo International plc and substantially all of its subsidiaries, which could occur imminently." Ex. M. at 4.

48.    On the same day, the Wall Street Journal reported that Endo International "is likely to file for bankruptcy imminently."  Wall Street Journal, "Drugmaker Endo Says Bankruptcy Likely Imminent" (available at https://www.wsj.com/articles/drugmaker-endo-says-bankruptcy-likely-imminent-11660051928).

49.    The potential for an imminent bankruptcy filing was widely reported by media outlets, resulting in Endo International's stock losing its value by over 30%.  *See* "Endo International    Shares    Sink    on    Bankruptcy    Disclosure"    (available    at https://www.marketwatch.com/story/endo-international-shares-sink-on-bankruptcy-disclosure-

MATERIAL ON THIS PAGE REDACTED PURSUANT TO ECF 97, CASE NO. 22-22549

271660057358); "<u>Endo Shares Plunge On Imminent Bankruptcy Filing</u>" (available at https://www.yahoo.com/video/endo-shares-plunge-imminent-bankruptcy-173842685.html).

50.     Upon information and belief, Nevakar and Nevakar Injectables learned of the potential for an "imminent" bankruptcy filing by Endo International and substantially all of its subsidiaries on or about August 9, 2022.

## VI.    Nevakar's Unilateral Notice Of Termination

51.     On August 11, 2022, just two days after Endo International's public disclosures about a likely imminent chapter 11 filing, ███████████████████

████████████████████████████████████████████████

██████████████████████████ A true and correct copy of the Termination Notice is attached hereto as **Exhibit N.**

███████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

█████████████████████████████

53.     ███████████████████████████

████████████████████████████████████████

███████████████████████████████████

MATERIAL ON THIS PAGE REDACTED PURSUANT TO ECF 97, CASE NO. 22-22549

54. ████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████ A true and correct copy of ███

█████████████ is attached hereto as **Exhibit O.**

███████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

█████████████████

████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

█████████████ True and correct copies of ████████████████ are attached hereto as

**Exhibit P** and **Exhibit Q.** ██████████████████████████████

████████████████████████████████████

████████████████████████████████████████

█████████████ A true and correct copy of ████████████████ is attached

hereto as **Exhibit R.** ██████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████████

MATERIAL ON THIS PAGE REDACTED PURSUANT TO ECF 97, CASE NO. 22-22549

58.    ███████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████ A true and correct copy of ████████████████████ is attached hereto as **Exhibit S**.

███████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████ A true and correct copy of █████████

is attached hereto as **Exhibit T**. ██████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██

60.    ███████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████ A true and correct copy of █████████

██ is attached hereto as **Exhibit U**.

███████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████

17

62.     EVL's commercialization efforts are constant and all-encompassing, involving ▮▮▮▮ employees of both EVL and its third-party partners working daily over the ▮▮▮▮▮ to bring these pharmaceutical products to market.

63.     EVL is currently selling ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ If the 2018 Agreement was actually terminated or even threatened to be terminated, such actual or threatened termination of the patent license will impact the ability of EVL and its affiliates and third party partners' to continue to sell the Ephedrine Vial Product. The threat of patent litigation also undermines the third party partners' confidence in EVL, damaging the business relationship and goodwill between EVL and its partners.

## VII.     The Importance of the 2018 Agreement to the Debtors' Sale Process

64.     On August 16, 2022, EVL, along with certain of its affiliates, commenced these Chapter 11 Proceedings.

65.     In connection with the Chapter 11 Proceedings, EVL entered into a restructuring support agreement (the "Stalking Horse RSA") with an ad hoc group of first lien creditors (the "Ad Hoc First Lien Group") pursuant to which the Ad Hoc First Lien Group serve as the stalking horse purchaser and would submit a credit bid, pursuant to section 363(k) of the Bankruptcy Code, of substantially all of EVL's first lien debt in exchange for, among other things, substantially all of EVL's assets, including its rights under the 2018 Agreement and 2022 Agreement.

66.     The Stalking Horse RSA provides great benefits to the Debtors and creditors alike, as the Ad Hoc First Lien Group has agreed to (i) provide at least $550 million of consideration for the benefit of opioid claimants, (ii) extend offers of employment to all of the Debtors' employees, and (iii) assume substantially all of the Debtors' executory contracts, ensuring a recovery for trade creditors.

18

MATERIAL ON THIS PAGE REDACTED PURSUANT TO ECF 97, CASE NO. 22-22549

67.     In connection with the Stalking Horse RSA, the Debtors, including EVL, agreed to market their assets for higher and better bids (the "Sale Process"). Under the RSA, the Debtors intend to obtain entry of an order establishing bidding procedures for such sale no later than November 24, 2022, and obtain entry of an order authorizing the sale no later than April 18, 2023.

68.     The 2018 Agreement is one of the largest drivers of overall value for the Debtors' Sterile Injectables Segment, which in turn is one of the most important lines of business being marketed in the Sale Process. In particular, the Debtors expect to derive from the 2018 Agreement gross profits of approximately: $20 million in 2023, $40 million in 2024, $55 million in 2025, and $50 million in 2026. At any reasonable multiple, the 2018 Agreement could easily be expected to yield hundreds of millions of dollars of consideration from bidders – making it one of the most important assets of the Debtors' bankruptcy estates.

69.     Nevakar's purported termination of the 2018 Agreement threatens to undermine the Debtors' Sale Process by injecting uncertainty into that process, forcing bidders to make a large value adjustment. That value adjustment is likely to cause significant harm to the Debtors' ability to provide creditor recoveries and could make it significantly more difficult (or impossible) to confirm a chapter 11 plan.

70.     Moreover, the termination was a transparently strategic maneuver to attempt to evade the impact of the Chapter 11 Proceedings on a critical asset of the Debtors' estates, to the detriment of the Debtors and their creditors alike.

### FIRST CAUSE OF ACTION (DECLARATORY JUDGMENT OF NO TERMINATION OF THE 2018 AGREEMENT, AGAINST ALL DEFENDANTS)

71.     EVL repeats and realleges the foregoing paragraphs as if fully set forth herein.

19

72.     EVL and Nevakar are parties to the 2018 Agreement, which is a valid and binding contract.

73.     Nevakar Injectables is also a party to the 2018 Agreement, ███████

████████████████████████████████████████████

████████████████████████████████████████████

*See* Ex. E.

74.     Defendants have not and cannot establish that EVL "fail[ed] to use commercially reasonable efforts to fulfill its obligations under the Agreement" as alleged in the Termination Notice.

████ Defendants also have not and cannot establish that ████████

█████████████████ of the 2018 Agreement.  In particular, ████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████

████████████████████████████████

████

20

MATERIAL ON THIS PAGE REDACTED PURSUANT TO ECF 97, CASE NO. 22-22549

77.    In particular, █████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████, all as alleged herein.

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████ Even if the alleged failure to ██████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

█████████████████████████████████████████

21

MATERIAL ON THIS PAGE REDACTED PURSUANT TO ECF 97, CASE NO. 22-22549

[REDACTED]

82.     As the result of Defendants' actions, there exists an actual controversy between EVL and Defendants, each now having adverse legal interests. The controversy is also definite and concrete, touching on the legal relations of the parties under the 2018 Agreement. The controversy requires specific and immediate relief through a decree from this Court.

83.     Accordingly, EVL seeks, and is entitled to, a preliminary injunction and permanent relief in the form of a declaration that EVL has not breached the 2018 Agreement, or alternatively that any alleged breach is curable by EVL within sixty (60) days of Defendants' service of the Termination Notice, and that Defendants' attempt to unilaterally terminate the 2018 Agreement by way of the Termination Notice is without force or effect.

## SECOND CAUSE OF ACTION (BREACH OF THE 2018 AGREEMENT, AGAINST ALL DEFENDANTS)

84.     EVL repeats and realleges the foregoing paragraphs as if fully set forth herein.

85.     EVL and Nevakar are parties to the 2018 Agreement, which is a valid and binding contract.

[REDACTED] Nevakar Injectables is also a party to the 2018 Agreement, [REDACTED]

[REDACTED]

87.     Defendants materially breached the 2018 Agreement in at least the following separate and independent ways:

22



(f)

88.    EVL will suffer irreparable harm and injuries as a result of Defendants' breach, because monetary damages would be insufficient to address the potential loss of market share from disrupted or delayed sales of the products covered by the 2018 Agreement, and the reputational harm to EVL's relationships with third parties with which EVL has contracted to effect commercial launch of those products. Accordingly, EVL seeks, and is entitled to, specific performance by Defendants under the 2018 Agreement.

89.    EVL also seeks, and is entitled to, damages in an amount to be determined at trial, as a direct and proximate result of Defendants' breaches as alleged herein.

## THIRD CAUSE OF ACTION (BREACH OF THE 2022 AGREEMENT, AGAINST NEVAKAR INJECTABLES)

90.    EVL repeats and realleges the foregoing paragraphs as if fully set forth herein.

91.    EVL and Nevakar Injectables are parties to the 2022 Agreement, which is a valid and binding contract.

23

MATERIAL ON THIS PAGE REDACTED PURSUANT TO ECF 97, CASE NO. 22-22549

Notwithstanding this obligation, Nevakar Injectables

Nevakar Injectables

96.

constitutes an anticipatory breach of the 2022 Agreement.

MATERIAL ON THIS PAGE REDACTED PURSUANT TO ECF 97, CASE NO. 22-22549

97.    EVL has suffered and will continue to suffer damages as a direct and proximate result of Nevakar Injectables' anticipatory breach of the 2022 Agreement. Nevakar Injectables' breach deprives EVL of the benefit of the Technology Transfer Services and Additional Technical Services and, as a direct and proximate result, the value of the assets purchased under the 2022 Agreement have been diminished, and EVL will incur additional costs and expenses relating to the assets purchased under the 2022 Agreement.

98.    In addition, Nevakar Injectables has breached the representations and warranties contained in ████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

███████████████████

99.    EVL will suffer irreparable harm and injuries as a result of Defendants' breach, because monetary damages would be insufficient to address the potential loss of market share from disrupted or delayed sales of the products covered by the 2022 Agreement, and the reputational harm to EVL's relationships with third parties with which EVL has contracted to effect commercial launch of those products. Accordingly, EVL seeks, and is entitled to, specific performance by Defendants under the 2022 Agreement.

100.    EVL also seeks, and is entitled to, damages in an amount to be determined at trial, as a direct and proximate result of Defendants' breaches as alleged herein.

MATERIAL ON THIS PAGE REDACTED PURSUANT TO ECF 97, CASE NO. 22-22549

### FOURTH CAUSE OF ACTION (BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING, AGAINST ALL DEFENDANTS)

101.    EVL repeats and realleges the foregoing paragraphs as if fully set forth herein.

102.    Both the 2018 Agreement and the 2022 Agreement (collectively, the "Nevakar Agreements") include an implied covenant of good faith and fair dealing.

103.    To the extent Defendants argue or the Court finds that any of the breaches alleged in EVL's Second and Third Causes of Action are not breaches of the express terms of the Nevakar Agreements, they are at minimum breaches of the Agreements' implied covenant of good faith and fair dealing.

104.    Upon information and belief, Defendants have engaged in a coordinated scheme to cease any and all cooperation with EVL as required under the express terms of the 2018 Agreement and the 2022 Agreement, as well as the covenants of good faith and fair dealing implied therein.

105.    For example, 



106.    Defendants also sought to

107.    Upon information and belief, Defendants' purported grounds for termination of the 2018 Agreement are entirely pretextual, and the Notice was sent as a means of improperly evading Defendants' obligations under the 2018 Agreement due to speculation regarding a potential bankruptcy filing by EVL's parent company.

MATERIAL ON THIS PAGE REDACTED PURSUANT TO ECF 97, CASE NO. 22-22549

108. Upon information and belief, Defendants' failure to provide a cure period for any alleged breach of the 2018 Agreement is also part of the scheme driven by the concern of a potential bankruptcy filing by EVL's parent company and a desire by Defendants to improperly evade their obligations to EVL after Endo International announced that the bankruptcy was imminent.

109. EVL has suffered and will continue to suffer damages as a direct and proximate result of Defendants' breach of the implied covenant of good faith and fair dealing inherent in the 2018 Agreement and the 2022 Agreement.

110. EVL will suffer irreparable harm and injuries as a result of Defendants' breach of the implied covenant of good faith and fair dealing inherent in the 2018 Agreement, because monetary damages would be insufficient to address the potential loss of market share from disrupted or delayed sales of the products covered by the 2018 Agreement, and the reputational harm to EVL's relationships with third parties with which EVL has contracted to effect commercial launch of those products. Accordingly, EVL seeks, and is entitled to, specific performance by Defendants under the 2018 Agreement.

111. Defendants' breach also deprives EVL of the benefit of ███████ ██████████████████████████████████████████ that Defendants are obligated to provide under the 2022 Agreement and, as a direct and proximate result, the value of the assets purchased under the 2022 Agreement have been diminished, and EVL will incur additional costs and expenses relating to the assets purchased under the 2022 Agreement.

112. EVL will suffer irreparable harm and injuries as a result of Defendants' breach of the implied covenant of good faith and fair dealing inherent in the 2022 Agreement, because monetary damages would be insufficient to address the potential loss of market share from disrupted or delayed sales of the products covered by the 2022 Agreement, and the reputational

MATERIAL ON THIS PAGE REDACTED PURSUANT TO ECF 97, CASE NO. 22-22549

harm to EVL's relationships with third parties with which EVL has contracted to effect commercial launch of those products. Accordingly, EVL seeks, and is entitled to, specific performance by Defendants under the 2022 Agreement.

## FIFTH CAUSE OF ACTION (TORTIOUS INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE AGAINST ALL DEFENDANTS)

113.    EVL repeats and realleges the foregoing paragraphs as if fully set forth herein.

114.    EVL entered into the 2018 and 2022 Agreements with Defendants to manufacture and market the covered products. This created a reasonable probability of EVL being able to sell the covered products to third parties.

115.    Defendants' attempted termination of the 2018 Agreement, if successful, would interfere with EVL's business with such third parties, because EVL will no longer be able to manufacture, market, and sell the products covered under the 2018 Agreement with such third parties.

116.    Defendants' breach of the 2022 Agreement also interferes with EVL's business with such third parties, because EVL's ability to manufacture, market, and sell the products covered under the 2022 Agreement with such third parties would be delayed and otherwise hindered.

117.    Defendants knew that such interference to EVL's business was certain or substantially certain to occur as the direct and proximate result of their attempted termination of the 2018 Agreement and their breach of the 2022 Agreement.

118.    For example, under the 2018 Agreement, ███████████████████

█████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

28

MATERIAL ON THIS PAGE REDACTED PURSUANT TO ECF 97, CASE NO. 22-22549

██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████

119.   Defendants knew that the attempted termination of the 2018 Agreement, if successful, ██████████████████████████████████████ rendering EVL unable to manufacture, have manufactured, distribute, use, market, have marketed, sell, have sold, import and commercialize the applicable products covered by the 2018 Agreement.

120.   Defendants also knew that EVL's expected business advantage from the sale of products covered by the 2018 Agreement would be interfered with by their attempted termination of 2018 Agreement.

████ Notwithstanding this knowledge, Defendants have engaged in widespread mischaracterizations and misrepresentations regarding EVL's rights under the 2018 Agreement, including falsely representing to multiple third parties with whom EVL has contracted to perform manufacturing and commercialization services for the covered products ████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████

122.   Defendants have further interfered with EVL's business and property rights by ██████████████████████████████████████████████

██████████████████████████████████████████████████

29

MATERIAL ON THIS PAGE REDACTED PURSUANT TO ECF 97, CASE NO. 22-22549

123.    In addition, under 2022 Agreement, ██████████████████

124.    Defendants knew that their breach of the 2022 Agreement, and in particular

125.    Defendants therefore knew that EVL's expected business advantage from the sale of products covered by the 2022 Agreement would be interfered with by their breach of the 2022 Agreement.

126.    Upon information and belief, Defendants' actions are part of a scheme driven by concerns of a potential bankruptcy filing by EVL's parent company and a desire by Defendants to improperly evade their obligations to EVL during the pendency of the Chapter 11 Proceedings.

127.    EVL has suffered and will continue to suffer interference to its prospective business advantage as a direct and proximate result of Defendants' actions.

128.    Defendants' actions deprive EVL of the benefit of ██████████████ ██████████████████████ as a direct and proximate result, the value of

30

the assets purchased under the 2022 Agreement have been diminished, and EVL will incur additional costs and expenses relating to the assets purchased under the 2022 Agreement.

129. Accordingly, EVL seeks, and is entitled to, damages in an amount to be determined at trial, including but not limited to the loss of future profit expected under the 2018 Agreement and Amendments thereto, the diminution in the value of the assets purchased under the 2022 Agreement, and the value of the additional costs and expenses required to exploit the assets purchased under the 2022 Agreement.

130. EVL also seeks, and is entitled to an award of punitive damages because Defendants' actions arise from improper motive to evade the effect of federal bankruptcy law and indifference to EVL's rights—as well as Defendants' obligations—under the Nevakar Agreements.

## PRAYER FOR RELIEF

131. EVL prays for the following relief: (a) a declaration that EVL has not breached the 2018 Agreement; (b) an order for specific performance by Defendants under the 2018 Agreement; (c) an order for specific performance by Nevakar Injectables under the 2022 Agreement; (d) an order preliminarily and permanently enjoining Defendants from attempting to terminate the 2018 Agreement based on the alleged delay in the Commercial Launch of the ████████████████, or the allegation that EVL has failed to use commercially reasonable efforts to fulfill its obligations under the 2018 Agreement, as claimed in the Termination Notice; (e) an order preliminarily and permanently enjoining Defendants from representing to third parties that the 2018 Agreement has been terminated or otherwise impaired, and from taking any other actions inconsistent with the continued validity of the 2018 Agreement and the rights granted to EVL thereunder; (f) a judgment against Nevakar for money damages sustained as a result of Defendants' material breaches in an amount to be determined at trial; (g) an award of punitive damages; (h) a judgment awarding EVL reasonable attorneys' fees and its costs and

31

MATERIAL ON THIS PAGE REDACTED PURSUANT TO ECF 97, CASE NO. 22-22549

reimbursements in this action; (i) an award of pre-judgment and post-judgment interest; and (j) any and all other and further relief as the Court deems just and proper.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Dated: August 22, 2022
New York, New York

Respectfully submitted,

*/s/ Abigail E. Davis*

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

Paul D. Leake
Abigail E. Davis
Jason N. Kestecher
Jacob G. Lefkowitz
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000
Email: abigail.sheehan@skadden.com

*Proposed Counsel for Debtor Endo Ventures
Limited*

*/s/ Brett J. Williamson*

O'MELVENY & MYERS LLP

Brett J. Williamson (BW6717)
Daniel B. O'Boyle (DO8821)
7 Times Square
New York, New York 10036
Telephone: (949) 823-7947
Fax: (212) 326-2023
Email: bwilliamson@omm.com

*Proposed Ordinary Course Counsel for Endo
Ventures Limited*

# EXHIBIT A

**MATERIAL IN THIS EXHIBIT WITHHELD PURSUANT TO
ECF NO. 97 FILED IN CASE NO. 22-22549**

**EXHIBIT B**

**MATERIAL IN THIS EXHIBIT WITHHELD PURSUANT TO
ECF NO. 97 FILED IN CASE NO. 22-22549**

**EXHIBIT C**

**MATERIAL IN THIS EXHIBIT WITHHELD PURSUANT TO
ECF NO. 97 FILED IN CASE NO. 22-22549**

**EXHIBIT D**

**MATERIAL IN THIS EXHIBIT WITHHELD PURSUANT TO
ECF NO. 97 FILED IN CASE NO. 22-22549**

## EXHIBIT E

**MATERIAL IN THIS EXHIBIT WITHHELD PURSUANT TO
ECF NO. 97 FILED IN CASE NO. 22-22549**

**EXHIBIT F**

<span style="color:red">**MATERIAL IN THIS EXHIBIT WITHHELD PURSUANT TO
ECF NO. 97 FILED IN CASE NO. 22-22549**</span>

**EXHIBIT G**

**MATERIAL IN THIS EXHIBIT WITHHELD PURSUANT TO
ECF NO. 97 FILED IN CASE NO. 22-22549**

**EXHIBIT H**

**Notice of Issuance**

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/556,904 | 08/30/2022 | 11426369 | 98820-8001.US04 | 9419 |

150604        7590        08/10/2022

Incubate IP
P.O. Box 3327
Glen Ellyn, IL 60138

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 0 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Patents Stakeholder Experience (OPSE), Stakeholder Support Division (SSD) at (571)-272-4200.

INVENTOR(s)  (Please see PAIR WEB site http://pair.uspto.gov for additional inventors):

Shahid Ahmed, Lincolnshire, IL;

APPLICANT(s)  (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Nexus Pharmaceuticals, Inc., Lincolnshire, IL;

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage and facilitate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit SelectUSA.gov.

IR103 (Rev. 10/09)

## EXHIBIT I

**MATERIAL IN THIS EXHIBIT WITHHELD PURSUANT TO
ECF NO. 97 FILED IN CASE NO. 22-22549**

## EXHIBIT J

**MATERIAL IN THIS EXHIBIT WITHHELD PURSUANT TO
ECF NO. 97 FILED IN CASE NO. 22-22549**

## EXHIBIT K

**MATERIAL IN THIS EXHIBIT WITHHELD PURSUANT TO
ECF NO. 97 FILED IN CASE NO. 22-22549**

**EXHIBIT L**

<span style="color:red">**MATERIAL IN THIS EXHIBIT WITHHELD PURSUANT TO
ECF NO. 97 FILED IN CASE NO. 22-22549**</span>

**EXHIBIT M**

**Press Release from Endo International plc**

*Press Releases*

# *ENDO REPORTS SECOND-QUARTER 2022 FINANCIAL RESULTS*

AUGUST 9, 2022

Share:

DUBLIN, Aug. 9, 2022 /PRNewswire/ -- Endo International plc (NASDAQ: ENDP) today reported financial results for the second-quarter ended June 30, 2022.

🅰 Download PDF



## SECOND-QUARTER FINANCIAL PERFORMANCE

## (in thousands, except per share amounts)

| | Three Months Ended June 30, | | Change | Six Months Ended June 30, | |
|---|---|---|---|---|---|
| | 2022 | 2021 | | 2022 | 2021 |
| Total Revenues, Net | $ 569,114 | $ 713,830 | (20) % | $ 1,221,373 | $ 1,431,74 |

| Reported (Loss) Income from | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Continuing Operations | $ | (1,880,883) | $ | (10,184) | NM | $ | (1,946,183) | $ | 36,87 |
| Reported Diluted Weighted Average | | | | | | | | |
| Shares | | 235,117 | | 233,331 | 1 % | | 234,498 | | 237,04 |
| Reported Diluted Net (Loss) Income | | | | | | | | |
| per Share from Continuing Operations | $ | (8.00) | $ | (0.04) | NM | $ | (8.30) | $ | 0.1 |
| Reported Net (Loss) Income | $ | (1,885,427) | $ | (15,500) | NM | $ | (1,957,401) | $ | 26,02 |
| Adjusted Income from Continuing | | | | | | | | |
| Operations (2)(3) | $ | 6,532 | $ | 147,121 | (96) % | $ | 162,471 | $ | 322,03 |
| Adjusted Diluted Weighted Average | | | | | | | | |
| Shares (1)(2) | | 236,217 | | 235,416 | — % | | 236,466 | | 237,04 |
| Adjusted Diluted Net Income per | | | | | | | | |
| Share from Continuing Operations | | | | | | | | |
| (2)(3) | $ | 0.03 | $ | 0.62 | (95) % | $ | 0.69 | $ | 1.3 |
| Adjusted EBITDA (2)(3) | $ | 160,206 | $ | 337,700 | (53) % | $ | 471,132 | $ | 702,41 |

––––––––––

(1)  Reported Diluted Net (Loss) Income per Share from Continuing Operations is computed based on weighted average shares outstanding and

income from continuing operations during the period, the dilutive impact of ordinary share equivalents outstanding during the period. In the c

Adjusted Diluted Weighted Average Shares, Adjusted Income from Continuing Operations is used in determining whether to include such dil

(2)  The information presented in the table above includes non-GAAP financial measures such as Adjusted Income from Continuing Operations,

Diluted Weighted Average Shares, Adjusted Diluted Net Income per Share from Continuing Operations and Adjusted EBITDA. Refer to the

"Supplemental Financial Information" section below for reconciliations of certain non-GAAP financial measures to the most directly compara

financial measures.

(3)  Effective January 1, 2022, these non-GAAP financial measures now include acquired in-process research and development charges which v

excluded under our legacy non-GAAP policy. This change has been applied retrospectively to all periods presented. Refer to note (14) in the

Reconciliations of GAAP and Non-GAAP Financial Measures" section below for additional discussion.

## CONSOLIDATED RESULTS

Total revenues were $569 million in second-quarter 2022, a decrease of 20% compared to $714 million in second-quarter 2021. This decrease was primarily attributable to decreased revenues from our Sterile Injectables segment, partially offset by increased revenues from our Generic Pharmaceuticals segment.

Reported loss from continuing operations in second-quarter 2022 was $1,881 million compared to $10 million in second-quarter 2021. This result was primarily due to higher asset impairment charges as well as decreased revenues and increased acquired in-process research and development charges related to the transactions announced during the quarter to acquire six sterile injectable product candidates and a Phase 3 injectable compound for the treatment of osteoarthritis knee pain. Reported diluted net loss per share from continuing operations in second-quarter 2022 was $8.00 compared to $0.04 in second-quarter 2021.

Adjusted income from continuing operations in second-quarter 2022 was $7 million compared to $147 million in second-quarter 2021. Adjusted diluted net income per share from continuing operations in second-quarter 2022 was $0.03 compared to $0.62 in second-quarter 2021. These results reflect decreased revenues and increased acquired in-process research and development charges.

## BRANDED PHARMACEUTICALS SEGMENT

Second-quarter 2022 Branded Pharmaceuticals segment revenues were $219 million, a decrease of 4% compared to $228 million during second-quarter 2021.

Specialty Products revenues decreased 2% to $164 million in second-quarter 2022 compared to $167 million in second-quarter 2021, with sales of XIAFLEX® increasing 8% to $121 million compared to $111 million in second-quarter 2021. Established Products revenues decreased 10% to $55 million in second-quarter 2022 compared to $61 million in second-quarter 2021, driven primarily by ongoing generic competition.

## STERILE INJECTABLES SEGMENT

Second-quarter 2022 Sterile Injectables segment revenues were $123 million, a decrease of 58% compared to $295 million during second-quarter 2021. This was primarily attributable to decreased VASOSTRICT® revenues due to lower price and market share resulting from generic competition, channel inventory destocking and lower overall market volumes as COVID-19 related hospitalizations decline.

## GENERIC PHARMACEUTICALS SEGMENT

Second-quarter 2022 Generic Pharmaceuticals segment revenues were $203 million, an increase of 22% compared to $167 million during second-quarter 2021. This increase was primarily attributable to revenues from varenicline tablets, the only FDA-approved generic version of Chantix®, which launched during third-quarter 2021, partially offset by competitive pressure on certain other generic products.

## INTERNATIONAL PHARMACEUTICALS SEGMENT

Second-quarter 2022 International Pharmaceuticals segment revenues were $24 million compared to $24 million during second-quarter 2021.

## BALANCE SHEET, LIQUIDITY AND OTHER UPDATES

As of June 30, 2022, the Company had approximately $1.2 billion in unrestricted cash; $8.1 billion of debt; and a net debt to adjusted EBITDA ratio of 5.6. These amounts reflect the Company's payment of $35 million to acquire 6 sterile injectable product candidates and a $30 million upfront payment related to a Phase 3 injectable compound for the treatment of osteoarthritis knee pain.

Second-quarter 2022 net cash used in operating activities was $133 million compared to $155 million provided by operating activities during the second-quarter 2021. This change was primarily attributable to decreased revenues.

The Company remains in constructive negotiations with an ad hoc group of first lien creditors, among other parties. In light of the progress to date, the Company expects that these negotiations will likely result in a pre-arranged filing under Chapter 11 of the U.S. Bankruptcy Code by Endo International plc and substantially all of its subsidiaries, which could occur imminently.

Chantix® is a registered trademark of Pfizer Inc.

## FINANCIAL SCHEDULES

The following table presents Endo's unaudited Total revenues, net for the three and six months ended June 30, 2022 and 2021 (dollars in thousands):

| | Three Months Ended June 30, | | Percent Growth | Six Months Ended June 30, | |
|---|---|---|---|---|---|
| | 2022 | 2021 | | 2022 | 2021 |
| *Branded Pharmaceuticals:* | | | | | |
| *Specialty Products:* | | | | | |
| XIAFLEX® | $ 120,878 | $ 111,487 | 8 % | $ 220,362 | $ 206,757 |
| SUPPRELIN® LA | 24,739 | 27,568 | (10) % | 53,569 | 55,596 |
| Other Specialty (1) | 18,246 | 28,036 | (35) % | 38,990 | 48,068 |
| Total Specialty Products | $ 163,863 | $ 167,091 | (2) % | $ 312,921 | $ 310,421 |
| *Established Products:* | | | | | |
| PERCOCET® | $ 26,256 | $ 26,156 | — % | $ 52,431 | $ 51,781 |
| TESTOPEL® | 10,021 | 9,439 | 6 % | 18,901 | 20,628 |
| Other Established (2) | 18,812 | 25,354 | (26) % | 39,560 | 51,845 |
| Total Established Products | $ 55,089 | $ 60,949 | (10) % | $ 110,892 | $ 124,254 |
| Total Branded Pharmaceuticals (3) | $ 218,952 | $ 228,040 | (4) % | $ 423,813 | $ 434,675 |

*Sterile Injectables:*

| | | | | | |
|---|---|---|---|---|---|
| VASOSTRICT® | $ 35,630 | $ 197,121 | (82) % | $ 191,520 | $ 421,067 |
| ADRENALIN® | 26,774 | 29,977 | (11) % | 60,597 | 59,414 |
| Other Sterile Injectables (4) | 60,767 | 67,502 | (10) % | 111,082 | 122,864 |
| Total Sterile Injectables (3) | $ 123,171 | $ 294,600 | (58) % | $ 363,199 | $ 603,345 |
| Total Generic Pharmaceuticals (5) | $ 203,377 | $ 167,272 | 22 % | $ 389,321 | $ 348,145 |
| Total International Pharmaceuticals (6) | $ 23,614 | $ 23,918 | (1) % | $ 45,040 | $ 45,584 |
| Total revenues, net | $ 569,114 | $ 713,830 | (20) % | $ 1,221,373 | $ 1,431,749 |

----------

(1)   Products included within Other Specialty include NASCOBAL® Nasal Spray, AVEED® and QWO®.

(2)   Products included within Other Established include, but are not limited to, EDEX®.

(3)   Individual products presented above represent the top two performing products in each product category for either the three or six months e 2022 and/or any product having revenues in excess of $25 million during any completed quarterly period in 2022 or 2021.

(4)   Products included within Other Sterile Injectables include ertapenem for injection, APLISOL® and others.

(5)   The Generic Pharmaceuticals segment is comprised of a portfolio of products that are generic versions of branded products, are distributed through the same wholesalers, generally have no intellectual property protection and are sold within the U.S. During the three and six month 30, 2022, varenicline tablets (our generic version of Pfizer Inc.'s Chantix®), which launched in September 2021, made up 13% and 12%, res consolidated total revenues. No other individual product within this segment has exceeded 5% of consolidated total revenues for the periods

(6)   The International Pharmaceuticals segment, which accounted for less than 5% of consolidated total revenues for each of the periods preser variety of specialty pharmaceutical products sold outside the U.S., primarily in Canada through our operating company Paladin Labs Inc.

The following table presents unaudited Condensed Consolidated Statement of Operations data for the three and six months ended June 30, 2022 and 2021 (in thousands, except per share data):

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2022 | 2021 | 2022 | 2021 |
| TOTAL REVENUES, NET | $ 569,114 | $ 713,830 | $ 1,221,373 | $ 1,431,749 |
| COSTS AND EXPENSES: | | | | |
| Cost of revenues | 263,786 | 318,480 | 537,001 | 623,773 |
| Selling, general and administrative | 180,830 | 177,619 | 407,991 | 364,793 |
| Research and development | 29,788 | 29,669 | 65,918 | 59,408 |
| Acquired in-process research and development | 65,000 | 5,000 | 67,900 | 5,000 |
| Litigation-related and other contingencies, net | 208 | 35,195 | 25,362 | 35,832 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Asset impairment charges | | 1,251,063 | | 4,929 | | 1,801,016 | 8,238 |
| Acquisition-related and integration items, net | | 1,825 | | 97 | | 448 | (4,925) |
| Interest expense, net | | 139,784 | | 141,553 | | 274,733 | 275,894 |
| Loss on extinguishment of debt | | — | | — | | — | 13,753 |
| Other (income) expense, net | | (19,438) | | 372 | | (18,149) | 1,284 |
| (LOSS) INCOME FROM CONTINUING OPERATIONS | | | | | | | |
| BEFORE INCOME TAX | $ | (1,873,732) | $ | 916 | $ | (1,940,847) | $ 48,699 |
| INCOME TAX EXPENSE | | 7,151 | | 11,100 | | 5,336 | 11,824 |
| (LOSS) INCOME FROM CONTINUING OPERATIONS | $ | (1,880,883) | $ | (10,184) | $ | (1,946,183) | $ 36,875 |
| DISCONTINUED OPERATIONS, NET OF TAX | | (4,544) | | (5,316) | | (11,218) | (10,851) |
| NET (LOSS) INCOME | $ | (1,885,427) | $ | (15,500) | $ | (1,957,401) | $ 26,024 |
| NET (LOSS) INCOME PER SHARE—BASIC: | | | | | | | |
| Continuing operations | $ | (8.00) | $ | (0.04) | $ | (8.30) | $ 0.16 |
| Discontinued operations | | (0.02) | | (0.03) | | (0.05) | (0.05) |
| Basic | $ | (8.02) | $ | (0.07) | $ | (8.35) | $ 0.11 |
| NET (LOSS) INCOME PER SHARE—DILUTED: | | | | | | | |
| Continuing operations | $ | (8.00) | $ | (0.04) | $ | (8.30) | $ 0.16 |
| Discontinued operations | | (0.02) | | (0.03) | | (0.05) | (0.05) |
| Diluted | $ | (8.02) | $ | (0.07) | $ | (8.35) | $ 0.11 |
| WEIGHTED AVERAGE SHARES: | | | | | | | |
| Basic | | 235,117 | | 233,331 | | 234,498 | 231,941 |
| Diluted | | 235,117 | | 233,331 | | 234,498 | 237,043 |

The following table presents unaudited Condensed Consolidated Balance Sheet data at June 30, 2022 and December 31, 2021 (in thousands):

| | June 30, 2022 | | December 31, 2021 |
|---|---|---|---|
| **ASSETS** | | | |
| CURRENT ASSETS: | | | |
| Cash and cash equivalents | $ | 1,191,572 | $ 1,507,196 |
| Restricted cash and cash equivalents | | 113,493 | 124,114 |
| Accounts receivable | | 491,492 | 592,019 |
| Inventories, net | | 287,756 | 283,552 |
| Assets held for sale | | 11,080 | — |

| | | |
|---|--:|--:|
| Other current assets | 104,911 | 207,705 |
| Total current assets | $ 2,199,904 | $ 2,714,586 |
| TOTAL NON-CURRENT ASSETS | 4,162,358 | 6,052,829 |
| TOTAL ASSETS | $ 6,362,262 | $ 8,767,415 |
| **LIABILITIES AND SHAREHOLDERS' DEFICIT** | | |
| CURRENT LIABILITIES: | | |
| Accounts payable and accrued expenses, including legal settlement accruals | $ 1,140,654 | $ 1,417,892 |
| Other current liabilities | 41,018 | 212,070 |
| Total current liabilities | $ 1,181,672 | $ 1,629,962 |
| LONG-TERM DEBT, LESS CURRENT PORTION, NET | 8,039,178 | 8,048,980 |
| OTHER LIABILITIES | 339,484 | 332,459 |
| SHAREHOLDERS' DEFICIT | (3,198,072) | (1,243,986) |
| TOTAL LIABILITIES AND SHAREHOLDERS' DEFICIT | $ 6,362,262 | $ 8,767,415 |

The following table presents unaudited Condensed Consolidated Statement of Cash Flow data for the six months ended June 30, 2022 and 2021 (in thousands):

| | Six Months Ended June 30, | |
|---|--:|--:|
| | **2022** | **2021** |
| OPERATING ACTIVITIES: | | |
| Net (loss) income | $ (1,957,401) | $ 26,024 |
| Adjustments to reconcile Net (loss) income to Net cash provided by operating activities: | | |
| Depreciation and amortization | 206,224 | 237,703 |
| Asset impairment charges | 1,801,016 | 8,238 |
| Other, including cash payments to claimants from Qualified Settlement Funds | 18,064 | 126,851 |
| Net cash provided by operating activities | $ 67,903 | $ 398,816 |
| INVESTING ACTIVITIES: | | |
| Capital expenditures, excluding capitalized interest | $ (47,559) | $ (41,345) |
| Acquisitions, including in-process research and development, net of cash and restricted cash acquired | (89,520) | — |
| Proceeds from sale of business and other assets, net | 21,133 | 1,343 |
| Other | 4,200 | (5,048) |
| Net cash used in investing activities | $ (111,746) | $ (45,050) |
| FINANCING ACTIVITIES: | | |
| Payments on borrowings, net | $ (193,312) | $ (43,166) |

| | | (3,638) | | (22,581) |
|---|---|---|---|---|
| Other | | | | |
| Net cash used in financing activities | $ | (196,950) | $ | (65,747) |
| Effect of foreign exchange rate | | (452) | | 711 |
| NET (DECREASE) INCREASE IN CASH, CASH EQUIVALENTS, RESTRICTED CASH AND RESTRICTED CASH EQUIVALENTS | $ | (241,245) | $ | 288,730 |
| CASH, CASH EQUIVALENTS, RESTRICTED CASH AND RESTRICTED CASH EQUIVALENTS, BEGINNING OF PERIOD | | 1,631,310 | | 1,385,000 |
| CASH, CASH EQUIVALENTS, RESTRICTED CASH AND RESTRICTED CASH EQUIVALENTS, END OF PERIOD | $ | 1,390,065 | $ | 1,673,730 |

## SUPPLEMENTAL FINANCIAL INFORMATION

To supplement the financial measures prepared in accordance with U.S. generally accepted accounting principles (GAAP), the Company uses certain non-GAAP financial measures. For additional information on the Company's use of such non-GAAP financial measures, refer to Endo's Current Report on Form 8-K furnished today to the U.S. Securities and Exchange Commission, which includes an explanation of the Company's reasons for using non-GAAP measures.

The tables below provide reconciliations of certain of the Company's non-GAAP financial measures to their most directly comparable GAAP amounts. Refer to the "Notes to the Reconciliations of GAAP and Non-GAAP Financial Measures" section below for additional details regarding the adjustments to the non-GAAP financial measures detailed throughout this Supplemental Financial Information section.

As previously communicated, in response to views expressed by the U.S. Securities and Exchange Commission, the Company has, effective January 1, 2022, revised its definition of its adjusted financial measures to no longer exclude Acquired in-process research and development charges (representing the research and development costs it had previously labeled as "Upfront and milestone payments to partners"). As a result of this change, the Company's adjusted financial measures now reflect the impact of those transactions. The inclusion of the impact of these transactions, which may occur from time to time, could result in significant, but temporary, fluctuations in both our GAAP and Non-GAAP financial measures in the period(s) in which they are incurred. These charges also are not indicative of the underlying performance of our operations during the period. This change was applied

retrospectively to all periods presented herein. Refer to footnote (14) in the "Notes to the Reconciliations of GAAP and Non-GAAP Financial Measures" section below for additional discussion.

## Reconciliation of EBITDA and Adjusted EBITDA (non-GAAP)

The following table provides a reconciliation of Net (loss) income (GAAP) to Adjusted EBITDA (non-GAAP) for the three and six months ended June 30, 2022 and 2021 (in thousands):

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2022 | 2021 | 2022 | 2021 |
| Net (loss) income (GAAP) | $ (1,885,427) | $ (15,500) | $ (1,957,401) | $ 26,024 |
| Income tax expense | 7,151 | 11,100 | 5,336 | 11,824 |
| Interest expense, net | 139,784 | 141,553 | 274,733 | 275,894 |
| Depreciation and amortization (1) | 99,762 | 110,145 | 202,400 | 221,724 |
| EBITDA (non-GAAP) | $ (1,638,730) | $ 247,298 | $ (1,474,932) | $ 535,466 |
| Amounts related to continuity and separation benefits, cost reductions and strategic review initiatives (2) | 37,347 | 15,083 | 94,996 | 38,803 |
| Certain litigation-related and other contingencies, net (3) | 208 | 35,195 | 25,362 | 35,832 |
| Certain legal costs (4) | (9,462) | 24,843 | 23,270 | 44,119 |
| Asset impairment charges (5) | 1,781,063 | 4,929 | 1,801,016 | 8,238 |
| Acquisition-related and integration costs (6) | — | (20) | — | 411 |
| Fair value of contingent consideration (7) | 1,825 | 117 | 448 | (5,336) |
| Loss on extinguishment of debt (8) | — | — | — | 13,753 |
| Share-based compensation (1) | 2,721 | 4,444 | 7,650 | 14,437 |
| Other (income) expense, net (9) | (19,438) | 372 | (18,149) | 1,284 |
| Other (10) | 128 | 123 | 253 | 4,557 |
| Discontinued operations, net of tax (11) | 4,544 | 5,316 | 11,218 | 10,851 |
| Adjusted EBITDA (non-GAAP) (14) | $ 160,206 | $ 337,700 | $ 471,132 | $ 702,415 |

## Reconciliation of Adjusted Income from Continuing Operations (non-GAAP)

The following table provides a reconciliation of the Company's (Loss) income from continuing operations (GAAP) to Adjusted income from continuing operations (non-GAAP) for the three and six months ended June 30, 2022 and 2021 (in thousands):

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |

| | 2022 | 2021 | 2022 | 2021 |
|---|---|---|---|---|
| (Loss) income from continuing operations (GAAP) | $ (1,880,883) | $ (10,184) | $ (1,946,183) | $ 36,875 |
| Non-GAAP adjustments: | | | | |
| Amortization of intangible assets (12) | 87,568 | 94,070 | 177,802 | 189,200 |
| Amounts related to continuity and separation benefits, | | | | |
| cost reductions and strategic review initiatives (2) | 37,347 | 15,083 | 94,996 | 38,803 |
| Certain litigation-related and other contingencies, net | | | | |
| (3) | 208 | 35,195 | 25,362 | 35,832 |
| Certain legal costs (4) | (9,462) | 24,843 | 23,270 | 44,119 |
| Asset impairment charges (5) | 1,781,063 | 4,929 | 1,801,016 | 8,238 |
| Acquisition-related and integration costs (6) | — | (20) | — | 411 |
| Fair value of contingent consideration (7) | 1,825 | 117 | 448 | (5,336) |
| Loss on extinguishment of debt (8) | — | — | — | 13,753 |
| Other (10) | (19,170) | 1,480 | (17,847) | 7,062 |
| Tax adjustments (13) | 8,036 | (18,392) | 3,607 | (46,919) |
| Adjusted income from continuing operations (non-GAAP) | | | | |
| (14) | $ 6,532 | $ 147,121 | $ 162,471 | $ 322,038 |

## Reconciliation of Other Adjusted Income Statement Data (non-GAAP)

The following tables provide detailed reconciliations of various other income statement data between the GAAP and non-GAAP amounts for the three and six months ended June 30, 2022 and 2021 (in thousands, except per share data):

| | Total revenues, net | Cost of revenues | Gross margin | Gross margin % | Total operating expenses | Operating expense to revenue % |
|---|---|---|---|---|---|---|
| Reported (GAAP) | $ 569,114 | $ 263,786 | $ 305,328 | 53.6 % | $ 2,058,714 | 361.7 % |
| Items impacting comparability: | | | | | | |

| | Total revenues, net | Cost of revenues | Gross margin | Gross margin % | Total operating expenses | Operating expense to revenue % |
|---|---|---|---|---|---|---|
| Amortization of intangible assets (12) | — | (87,568) | 87,568 | | — | |
| Amounts related to continuity and separation benefits, cost reductions and strategic review initiatives (2) | — | (5,107) | 5,107 | | (32,240) | |
| Certain litigation-related and other contingencies, net (3) | — | — | — | | (208) | |
| Certain legal costs (4) | — | — | — | | 9,462 | |
| Asset impairment charges (5) | — | — | — | | (1,781,063) | |
| Fair value of contingent consideration (7) | — | — | — | | (1,825) | |
| Other (10) | — | (125) | 125 | | — | |
| Tax adjustments (13) | — | — | — | | — | |
| Discontinued operations, net of tax (11) | — | — | — | | — | |
| After considering items (non-GAAP) (14) | $ 569,114 | $ 170,986 | $ 398,128 | 70.0 % | $ 252,840 | 44.4 % |

| | Total revenues, net | Cost of revenues | Gross margin | Gross margin % | Total operating expenses | Operating expense to revenue % |
|---|---|---|---|---|---|---|
| Reported (GAAP) | $ 713,830 | $ 318,480 | $ 395,350 | 55.4 % | $ 252,509 | 35.4 % |
| Items impacting comparability: | | | | | | |
| Amortization of intangible assets (12) | — | (94,070) | 94,070 | | — | |
| Amounts related to continuity and separation benefits, cost reductions and strategic review initiatives (2) | — | (4,970) | 4,970 | | (10,113) | |

| | Total revenues, net | Cost of revenues | Gross margin | Gross margin % | Total operating expenses | Operating expense to revenue % |
|---|---|---|---|---|---|---|
| Certain litigation-related and other contingencies, net (3) | — | — | — | | (35,195) | |
| Certain legal costs (4) | — | — | — | | (24,843) | |
| Asset impairment charges (5) | — | — | — | | (4,929) | |
| Acquisition-related and integration costs (6) | — | — | — | | 20 | |
| Fair value of contingent consideration (7) | — | — | — | | (117) | |
| Other (10) | — | (125) | 125 | | — | |
| Tax adjustments (13) | — | — | — | | — | |
| Discontinued operations, net of tax (11) | — | — | — | | — | |
| After considering items (non-GAAP) (14) | $ 713,830 | $ 219,315 | $ 494,515 | 69.3 % | $ 177,332 | 24.8 % |

| | Total revenues, net | Cost of revenues | Gross margin | Gross margin % | Total operating expenses | Operating expense to revenue % |
|---|---|---|---|---|---|---|
| Reported (GAAP) | $ 1,221,373 | $ 537,001 | $ 684,372 | 56.0 % | $ 2,368,635 | 193.9 % |
| Items impacting comparability: | | | | | | |
| Amortization of intangible assets (12) | — | (177,802) | 177,802 | | — | |
| Amounts related to continuity and separation benefits, cost reductions and strategic review initiatives (2) | — | (20,844) | 20,844 | | (74,152) | |
| Certain litigation-related and other contingencies, net (3) | — | — | — | | (25,362) | |
| Certain legal costs (4) | — | — | — | | (23,270) | |
| Asset impairment charges (5) | — | — | — | | (1,801,016) | |

| | | | | | |
|---|---|---|---|---|---|
| Fair value of contingent consideration (7) | — | — | — | | (448) |
| Other (10) | — | (250) | 250 | | — |
| Tax adjustments (13) | — | — | — | | — |
| Discontinued operations, net of tax (11) | — | — | — | | — |
| After considering items (non-GAAP) (14) | $ 1,221,373 | $ 338,105 | $ 883,268 | 72.3 % | $ 444,387 | 36.4 % |

| | Total revenues, net | Cost of revenues | Gross margin | Gross margin % | Total operating expenses | Operating expense to revenue % |
|---|---|---|---|---|---|---|
| Reported (GAAP) | $ 1,431,749 | $ 623,773 | $ 807,976 | 56.4 % | $ 468,346 | 32.7 % |
| Items impacting comparability: | | | | | | |
| Amortization of intangible assets (12) | — | (189,200) | 189,200 | | — | |
| Amounts related to continuity and separation benefits, cost reductions and strategic review initiatives (2) | — | (20,266) | 20,266 | | (18,537) | |
| Certain litigation-related and other contingencies, net (3) | — | — | — | | (35,832) | |
| Certain legal costs (4) | — | — | — | | (44,119) | |
| Asset impairment charges (5) | — | — | — | | (8,238) | |
| Acquisition-related and integration costs (6) | — | — | — | | (411) | |
| Fair value of contingent consideration (7) | — | — | — | | 5,336 | |
| Loss on extinguishment of debt (8) | — | — | — | | — | |
| Other (10) | — | (651) | 651 | | (3,909) | |
| Tax adjustments (13) | — | — | — | | — | |

| Discontinued operations, net | | | | | | |
|---|---|---|---|---|---|---|
| of tax (11) | — | — | — | | — | |
| After considering items (non- | | | | | | |
| GAAP) (14) | $ 1,431,749 | $ 413,656 | $ 1,018,093 | 71.1 % | $ 362,636 | 25.3 % |

## Notes to the Reconciliations of GAAP and Non-GAAP Financial Measures

Notes to certain line items included in the reconciliations of the GAAP financial measures to the non-GAAP financial measures for the three and six months ended June 30, 2022 and 2021 are as follows:

(1)   Depreciation and amortization and Share-based compensation amounts per the Adjusted EBITDA reconciliations do not include amounts reflected in other lines of the reconciliations, including Amounts related to continuity and separation benefits, cost reductions and strategic review initiatives.

(2)   Adjustments for amounts related to continuity and separation benefits, cost reductions and strategic review initiatives included the following (in thousands):

| | Three Months Ended June 30, | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 2022 | | | | 2021 | | | |
| | Cost of revenues | | Operating expenses | | Cost of revenues | | Operating expenses | |
| Continuity and separation benefits | $ | 4,846 | $ | 6,898 | $ | (2,913) | $ | 4,485 |
| Accelerated depreciation | | — | | 147 | | 7,140 | | 1,932 |
| Other, including strategic review initiatives | | 261 | | 25,195 | | 743 | | 3,696 |
| Total | $ | 5,107 | $ | 32,240 | $ | 4,970 | $ | 10,113 |

| | Six Months Ended June 30, | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 2022 | | | | 2021 | | | |
| | Cost of revenues | | Operating expenses | | Cost of revenues | | Operating expenses | |
| Continuity and separation benefits | $ | 10,098 | $ | 33,973 | $ | 2,279 | $ | 7,837 |
| Accelerated depreciation | | 2,164 | | 1,660 | | 12,194 | | 3,785 |
| Other, including strategic review initiatives | | 8,582 | | 38,519 | | 5,793 | | 6,915 |

Total                              $        20,844        $       74,152        $       20,266        $       18,537

The amounts in the tables above include adjustments related to previously announced restructuring activities, certain continuity and transitional compensation arrangements, certain other cost reduction initiatives and certain strategic review initiatives.

(3)   To exclude adjustments to accruals for litigation-related settlement charges.

(4)   To exclude amounts related to opioid-related legal expenses. The amount during the second quarter of 2022 reflects the recovery of certain previously-incurred opioid-related legal expenses.

(5)   Adjustments for asset impairment charges included the following (in thousands):

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
|  | 2022 | 2021 | 2022 | 2021 |
| Goodwill impairment charges | $ 1,748,000 | $ — | $ 1,748,000 | $ — |
| Other intangible asset impairment charges | 30,000 | 4,929 | 49,953 | 7,811 |
| Property, plant and equipment impairment charges | 3,063 | — | 3,063 | 427 |
| Total | $ 1,781,063 | $ 4,929 | $ 1,801,016 | $ 8,238 |

(6)   To exclude integration costs.

(7)   To exclude the impact of changes in the fair value of contingent consideration liabilities resulting from changes to estimates regarding the timing and amount of the future revenues of the underlying products and changes in other assumptions impacting the probability of incurring, and extent to which the Company could incur, related contingent obligations.

(8)   To exclude the loss on the extinguishment of debt associated with the Company's March 2021 refinancing transactions.

(9)   To exclude Other (income) expense, net per the Condensed Consolidated Statements of Operations.

(10)  The "Other" rows included in each of the above reconciliations of GAAP financial measures to non-GAAP financial measures (except for the reconciliations of Net (loss) income (GAAP) to Adjusted EBITDA (non-GAAP)) include the following (in thousands):

| | Three Months Ended June 30, | | | | | |
| | 2022 | | | 2021 | | |
| | Cost of revenues | Operating expenses | Other non-operating expenses | Cost of revenues | Operating expenses | O... o... e... |
|---|---|---|---|---|---|---|
| Foreign currency impact related to the re-measurement of intercompany debt instruments | $ — | $ — | $ (2,092) | $ — | $ — | $ |
| Other miscellaneous | 125 | — | (17,203) | 125 | — | |
| Total | $ 125 | $ — | $ (19,295) | $ 125 | $ — | $ |

| | Six Months Ended June 30, | | | | | |
| | 2022 | | | 2021 | | |
| | Cost of revenues | Operating expenses | Other non-operating expenses | Cost of revenues | Operating expenses | O... o... e... |
|---|---|---|---|---|---|---|
| Foreign currency impact related to the re-measurement of intercompany debt instruments | $ — | $ — | $ (894) | $ — | $ — | $ |
| Debt modification costs | — | — | — | — | 3,879 | |
| Other miscellaneous | 250 | — | (17,203) | 651 | 30 | |
| Total | $ 250 | $ — | $ (18,097) | $ 651 | $ 3,909 | $ |

The "Other" row included in the reconciliations of Net (loss) income (GAAP) to Adjusted EBITDA (non-GAAP) primarily relates to the items enumerated in the foregoing "Cost of revenues" and "Operating expenses" columns.

(11)   To exclude the results of the businesses reported as discontinued operations, net of tax.

(12)    To exclude amortization expense related to intangible assets.

(13)    Adjusted income taxes are calculated by tax effecting adjusted pre-tax income and permanent book-tax differences at the applicable effective tax rate that will be determined by reference to statutory tax rates in the relevant jurisdictions in which the Company operates. Adjusted income taxes include current and deferred income tax expense commensurate with the non-GAAP measure of profitability.

(14)    Effective January 1, 2022, these non-GAAP financial measures now include acquired in-process research and development charges which were previously excluded under our legacy non-GAAP policy. This change has been applied retrospectively to all periods presented. Amounts of Acquired in-process research and development charges included within these non-GAAP financial measures are set forth in the table below (in thousands):

| | Three Months Ended June 30, | | Six Months Ended June 30, | | Twelve Months Ended June 30, |
| | 2022 | 2021 | 2022 | 2021 | 2022 |
|---|---|---|---|---|---|
| Acquired in-process research and development charges | $ 65,000 | $ 5,000 | $ 67,900 | $ 5,000 | $ 88,020 |

(15)    Calculated as income or loss from continuing operations divided by the applicable weighted average share number. The applicable weighted average share numbers are as follows (in thousands):

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| | 2022 | 2021 | 2022 | 2021 |
|---|---|---|---|---|
| GAAP | 235,117 | 233,331 | 234,498 | 237,043 |
| Non-GAAP Adjusted | 236,217 | 235,416 | 236,466 | 237,043 |

Reconciliation of Net Debt Leverage Ratio (non-GAAP)

The following table provides a reconciliation of Net loss (GAAP) to Adjusted EBITDA (non-GAAP) for the twelve months ended June 30, 2022 (in thousands) and the calculation of the Company's Net Debt Leverage Ratio (non-GAAP):

| | Twelve Months Ended June 30, 2022 |
|---|---|
| Net loss (GAAP) | $ (2,596,670) |
| Income tax expense | 15,990 |
| Interest expense, net | 561,192 |
| Depreciation and amortization (1) | 413,056 |
| EBITDA (non-GAAP) | $ (1,606,432) |
| Amounts related to continuity and separation benefits, cost reductions and strategic review initiatives | 147,105 |
| Certain litigation-related and other contingencies, net | 335,025 |
| Certain legal costs | 115,299 |
| Asset impairment charges | 2,207,755 |
| Acquisition-related and integration costs | 3 |
| Fair value of contingent consideration | (3,009) |
| Share-based compensation (1) | 22,440 |
| Other income, net | (39,207) |
| Other | 909 |
| Discontinued operations, net of tax | 44,531 |
| Adjusted EBITDA (non-GAAP) (14) | $ 1,224,419 |
| | |
| **Calculation of Net Debt:** | |
| Debt | $ 8,065,297 |
| Cash (excluding Restricted Cash) | 1,191,572 |
| Net Debt (non-GAAP) | $ 6,873,725 |
| | |
| **Calculation of Net Debt Leverage:** | |
| Net Debt Leverage Ratio (non-GAAP) (a) | 5.6 |

_____

(a)   As further discussed in footnote (14) in the "Notes to the Reconciliations of GAAP and Non-GAAP Financial Measures" section, effective January 1, 2022, Adjusted EBITDA now includes acquired in-process research and development charges which were previously excluded under our legacy non-GAAP policy. The inclusion of these amounts resulted in an increase of 0.4 to the Net Debt Leverage Ratio for the twelve-month period ended June 30, 2022. To the extent we incur additional acquired in-process research and development charges in the future, it could result in further increases to this ratio.

## Non-GAAP Financial Measures

The Company utilizes certain financial measures that are not prescribed by or prepared in accordance with accounting principles generally accepted in the U.S. (GAAP). These non-GAAP financial measures are not, and should not be viewed as, substitutes for GAAP net income and its components and diluted net income per share amounts. Despite the importance of these measures to management in goal setting and performance measurement, the company stresses that these are non-GAAP financial measures that have no standardized meaning prescribed by GAAP and, therefore, have limits in their usefulness to investors. Because of the non-standardized definitions, non-GAAP adjusted EBITDA and non-GAAP adjusted net income from continuing operations and its components (unlike GAAP net income from continuing operations and its components) may not be comparable to the calculation of similar measures of other companies. These non-GAAP financial measures are presented solely to permit investors to more fully understand how management assesses performance.

Investors are encouraged to review the reconciliations of the non-GAAP financial measures used in this press release to their most directly comparable GAAP financial measures. However, the Company does not provide reconciliations of projected non-GAAP financial measures to GAAP financial measures, nor does it provide comparable projected GAAP financial measures for such projected non-GAAP financial measures. The Company is unable to provide such reconciliations without unreasonable efforts due to the inherent difficulty in forecasting and quantifying certain amounts that are necessary for such reconciliations, including adjustments that could be made for asset impairments, contingent consideration adjustments, legal settlements, gain / loss on extinguishment of debt, adjustments to inventory and other charges reflected in the reconciliation of historic numbers, the amounts of which could be significant.

See Endo's Current Report on Form 8-K furnished today to the U.S. Securities and Exchange Commission for an explanation of Endo's non-GAAP financial measures.

## About Endo International plc

Endo (NASDAQ: ENDP) is a specialty pharmaceutical company committed to helping everyone we serve live their best life through the delivery of quality, life-enhancing therapies. Our decades of proven success come from passionate team members around the globe collaborating to bring the best treatments forward. Together, we boldly transform insights into treatments benefiting those who need them, when they need them. Learn more at www.endo.com or connect with us on LinkedIn.

**Cautionary Note Regarding Forward-Looking Statements**

Certain information in this press release may be considered "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995 and any applicable Canadian securities legislation, including, but not limited to, statements regarding Endo's discussions with creditors, its evaluation of strategic alternatives, potential Chapter 11 filing and any other statements that refer to our expected, estimated or anticipated future results or that do not relate solely to historical facts. Statements including words or phrases such as "believe," "expect," "anticipate," "intend," "estimate," "plan," "will," "may," "look forward," "intend," "guidance," "future," "potential" or similar expressions are forward-looking statements. Because forecasts are inherently estimates that cannot be made with precision, Endo's performance at times differs materially from its estimates and targets, and Endo often does not know what the actual results will be until after the end of the applicable reporting period. Therefore, Endo will not report or comment on its progress during a current quarter except through public announcement. Any statement made by others with respect to progress during a current quarter cannot be attributed to Endo. All forward-looking statements in this press release reflect Endo's current analysis of existing trends and information and represent Endo's judgment only as of the date of this press release. Actual results may differ materially and adversely from current expectations based on a number of factors affecting Endo's businesses, including, among other things, the following: the outcome of our strategic review, contingency planning and any potential restructuring or bankruptcy filing; the timing, impact or results of any pending or future litigation, investigations, proceedings or claims, including opioid, tax and antitrust related matters; actual or contingent liabilities; settlement discussions or negotiations; the impact of competition, including the loss of exclusivity and generic competition for VASOSTRICT®; our ability to satisfy judgments or settlements or pursue appeals including bonding requirements; our ability to adjust to changing market conditions; our ability to attract and retain key personnel; our inability to maintain compliance with financial covenants and operating obligations which would expose us to potential events of default under our outstanding indebtedness; our ability to incur additional debt or equity financing for working capital, capital expenditures, business development, debt service requirements, acquisitions or general corporate or other purposes; our ability to refinance our indebtedness; a significant reduction in our short-term or long-term revenues which could cause us to be unable to fund our operations and liquidity needs or repay indebtedness; supply chain interruptions or difficulties; changes in competitive or market conditions; changes in legislation or regulatory developments; our ability to obtain and maintain adequate protection for our intellectual property rights; the timing and uncertainty of the results of both the research and development and regulatory processes, including regulatory decisions, product recalls, withdrawals and other unusual items; domestic and foreign health care and cost containment reforms, including government pricing, tax and reimbursement policies; technological advances and patents obtained by competitors; the performance,

including the approval, introduction, and consumer and physician acceptance of new products and the continuing acceptance of currently marketed products; our ability to integrate any newly acquired products into our portfolio and achieve any financial or commercial expectations; the impact that known and unknown side effects may have on market perception and consumer preference for our products; the effectiveness of advertising and other promotional campaigns; the timely and successful implementation of any strategic initiatives; unfavorable publicity regarding the misuse of opioids; the uncertainty associated with the identification of and successful consummation and execution of external corporate development initiatives and strategic partnering transactions; our ability to advance our strategic priorities, develop our product pipeline and continue to develop the market for QWO® and other products; and our ability to obtain and successfully manufacture, maintain and distribute a sufficient supply of products to meet market demand in a timely manner. In addition, U.S. and international economic conditions, including consumer confidence and debt levels, taxation, changes in interest and currency exchange rates, international relations, capital and credit availability, the status of financial markets and institutions, the impact of and response to the ongoing COVID-19 pandemic and the impact of continued economic volatility, can materially affect our results. The occurrence or possibility of any such result has caused us to engage, and may result in further engagement in strategic reviews that ultimately may result in our pursuing one or more significant corporate transactions or other remedial measures, including on a preventative or proactive basis. Those remedial measures could include a potential bankruptcy filing (which, if it occurred, would subject us to additional risks and uncertainties that could adversely affect our business prospects and ability to continue as a going concern), corporate reorganization or restructuring activities involving all or a portion of our business, asset sales or other divestitures, cost-saving initiatives or other corporate realignments, seeking strategic partnerships and exiting certain product or geographic markets. Some of these measures could take significant time to implement and others may require judicial or other third-party approval. Any such actions may be complex, could entail significant costs and charges or could otherwise negatively impact shareholder value, and there can be no assurance that we will be able to accomplish any of these alternatives on terms acceptable to us, or at all, or that they will result in their intended benefits. Therefore, the reader is cautioned not to rely on these forward-looking statements. Endo expressly disclaims any intent or obligation to update these forward-looking statements, except as required to do so by law.

Additional information concerning risk factors, including those referenced above, can be found in press releases issued by Endo, as well as Endo's public periodic filings with the U.S. Securities and Exchange Commission and with securities regulators in Canada, including the discussion under the heading "Risk Factors" in Endo's most recent Annual Report on Form 10-K and any subsequent Quarterly Reports on Form 10-Q or other filings with the U.S. Securities

and Exchange Commission. Copies of Endo's press releases and additional information about Endo are available at www.endo.com or you can contact the Endo Investor Relations Department at relations.investor@endo.com.

C View original content to download multimedia:https://www.prnewswire.com/news-releases/endo-reports-second-quarter-2022-financial-results-301602071.html

SOURCE Endo International plc

Media: Heather Zoumas-Lubeski, (484) 216-6829, media.relations@endo.com; Investors: Laure Park, (845) 364-4862, relations.investor@endo.com

## EXHIBIT N

**MATERIAL IN THIS EXHIBIT WITHHELD PURSUANT TO
ECF NO. 97 FILED IN CASE NO. 22-22549**

**EXHIBIT O**

**MATERIAL IN THIS EXHIBIT WITHHELD PURSUANT TO
ECF NO. 97 FILED IN CASE NO. 22-22549**

## EXHIBIT P

**MATERIAL IN THIS EXHIBIT WITHHELD PURSUANT TO
ECF NO. 97 FILED IN CASE NO. 22-22549**

**EXHIBIT Q**

<span style="color:red">**MATERIAL IN THIS EXHIBIT WITHHELD PURSUANT TO
ECF NO. 97 FILED IN CASE NO. 22-22549**</span>

**EXHIBIT R**

**MATERIAL IN THIS EXHIBIT WITHHELD PURSUANT TO
ECF NO. 97 FILED IN CASE NO. 22-22549**

## EXHIBIT S

**MATERIAL IN THIS EXHIBIT WITHHELD PURSUANT TO
ECF NO. 97 FILED IN CASE NO. 22-22549**

**EXHIBIT T**

**MATERIAL IN THIS EXHIBIT WITHHELD PURSUANT TO
ECF NO. 97 FILED IN CASE NO. 22-22549**

**EXHIBIT U**

**MATERIAL IN THIS EXHIBIT WITHHELD PURSUANT TO
ECF NO. 97 FILED IN CASE NO. 22-22549**